# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00480-CR

**Fernando Rey Moreno, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 06-768-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:   March 3, 2010

Do Not Publish